# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0177. WESTCHESTER PLACE HOMEOWNERS ASSOCIATION, INC. et al. v. HOMEOWNERS AND MEMBERS OF WESTCHESTER PLACE HOMEOWNERS ASSOCIATION, INC.**

Appellants' Emergency Motion for Supersedeas and Stay of Injunctive Relief and Appointment of Receiver is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  04/09/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*